No. 02–8755. McConico *v.* Mitchem, Warden, et al. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8791. Eury *v.* True, Warden, et al. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8792. Eury *v.* Young. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8800. Rudd *v.* United States. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02M77. Clark *v.* Henninger, Deputy Sheriff. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 02–473. United States *v.* Banks. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1187.] Motion for appointment of counsel granted, and it is ordered that Randall J. Roske, Esq., of Las Vegas, Nev., be appointed to serve as counsel for respondent in this case.

No. 02–8863. Jacox *v.* England, Secretary of the Navy, et al. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 21, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–1301. In re Snavely; and
No. 02–9365. In re Walls. Petitions for writs of habeas corpus denied.